# ATTACHMENT TO CIVIL COVER SHEET

**Plaintiff's Attorneys**

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Robin L. Wetherill; Tel: (202) 326-2220; rwetherill@ftc.gov
Leah Frazier; Tel: (202) 326-2187; lfrazier@ftc.gov
N. Diana Chang; Tel: (415) 848-5192; nchang@ftc.gov
Christopher J. Erickson; Tel: (202) 326-3671; cerickson@ftc.gov
Brian M. Welke; Tel: (202) 326-2897; bwelke@ftc.gov


**Defendants' Attorneys**

HOLLAND & KNIGHT LLP
800 17th Street N.W.
Suite 1100 Washington, D.C. 20006
Anthony E. Diresta; Tel: (202) 469-5164; Anthony.DiResta@hklaw.com
Mark S. Melodia; Tel: (212) 513-3583; Mark.Melodia@hklaw.com

KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. N.W.
Washington D.C. 20004
Richard H. Cunningham; Tel: (202) 389-3119; Richard.Cunningham@kirkland.com
Allison W. Buchner; Tel: (310) 552-4302; Allison.Buchner@kirkland.com